UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARY DELAUNE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-360-JWD-EWD** |
| **KINDER MORGAN BULK TERMINALS, LLC, ET AL.** | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 1, 2024 (Doc. 52) (with which this Court agrees), to which an objection was filed and considered (Doc. 53), and for reasons set forth in *Knight v. Turner Indus. Grp., L.L.C.*, No. 23-469, 2024 WL 1053259, at *4–9 (M.D. La. Mar. 11, 2024) (deGravelles, J.),

**IT IS ORDERED** that the claims of Plaintiff Cary Delaune against Defendants Michael A. Sassich, Mathew J. Notarangelo, and William M. Weber are **DISMISSED WITHOUT PREJUDICE** and that the Motion to Remand, (Doc. 38) filed by Plaintiff, is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is referred to the undersigned for a scheduling conference.[1]

Signed in Baton Rouge, Louisiana, on <u>March 22, 2024</u>.

                                                   **JUDGE JOHN W. deGRAVELLES**
                                                   **UNITED STATES DISTRICT COURT**
                                                   **MIDDLE DISTRICT OF LOUISIANA**

---

[1] Entry of a scheduling order was deferred pending resolution of the Motion. Rec. Doc. 40.